IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALIA SALEM AL-SABAH,<br><br>       Plaintiff,<br><br>   v.<br><br>JEAN AGBODJOGBE, *et al.*,<br><br>       Defendants. | Civil Action No. 1:17-cv-730-ELH |

## **ORDER**

Upon consideration of the Motion to Modify Scheduling Order (the "Motion") filed by the Defendants in the above-captioned civil action (the "Defendants"), Plaintiff's opposition thereto, and any Reply filed by Defendants in further support of the Motion, it is this _____ day of _____, 2017, hereby,

**ORDERED**, that the Motion ought to be, and the same hereby is, **DENIED**.

_____