IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALIA SALEM AL-SABAH,   *

 *Plaintiff*,   *

 v.   *

     Civil Action No. ELH-17-730

JEAN AGBODJOGBE, *et al.*,   *

 *Defendants*.   *

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

For the reasons set forth in the preceding Memorandum, it is, this 5th day of October, 2017, **ORDERED:**

(1) The Motion To Modify Scheduling Order (ECF 67) is **GRANTED** in part and **DENIED** in part. All deadlines in the Scheduling Order shall be extended by 75 days.

(2) The Motion to Strike (ECF 71) is **DENIED**.

          /s/
          Ellen L. Hollander
          United States District Judge